USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID M. EHRLICH ET AL.,

            Plaintiff(s),

-v-

LAUREN SPENCER-SMITH,

            Defendant(s).

**ORDER**

23-CV-2653 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated August 7, 2023, this case was referred to Judge Cott for settlement, and the referral was reassigned to me on August 27, 2024. On August 25, 2023, the parties were directed to update the Court by letter no later than the close of fact discovery whether they plan to return to private mediation or would like to schedule a settlement conference with the Court. (Doc. No. 21.)

If the parties are interested in a settlement conference with the Court, the parties should contact Chambers as soon as practicable at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. The parties should also review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo before contacting Chambers.

1

**SO ORDERED.**

Dated: October 1, 2024
      New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge